## (November 12, 1940.)

ANGELINA BARBUTO and Another, Respondents, v. CAPTAIN JOSEPH BARBERA, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. JOHN J. SULLIVAN, INC., Defendant, and JOHN J. SULLIVAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel and Close, JJ.; Hagarty, J., not voting.

EDELBRAU BREWERY, INC., Appellant, v. ESTHER WEINBERGER, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

HENRY C. EICHACKER, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Motion on behalf of the Medical Society of the State of New York for leave to file a brief as *amicus curiæ* granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

JUANITA GELLY, Respondent, v. JOHN J. CUNNINGHAM and Others, Defendants; EMIL SONDERLICH, Appellant. JUANITA GELLY, Respondent, v. JOHN J. CUNNINGHAM and Others, Defendants; WILLIAM GRAHAM, Appellant.— Motions for leave to appeal to the Appellate Division denied, with one bill of ten dollars costs. The applications are belated. (App. Div., Second Dept., Rules, rule XXVI.) The orders are not appealable. (Civ. Prac. Act, § 627; *Sibilia* v. *Bayside West Theatres, Inc.*, 233 App. Div. 860.) Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

GILBERT & BARKER MANUFACTURING COMPANY, Appellant, v. DANIEL J. KENNEDY and Another, Defendants; MARY E. McGRATH and CHARLES F. McGRATH, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

MATILDA J. HAMILL, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

JAMES W. HUGHES CORPORATION, Respondent, v. ANNADALE GARDENS, INC., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to BENJAMIN LEVITAN, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.